**DOROTHY PHAIR, joined by her husband EDWARD A. PHAIR, and EDWARD A. PHAIR, v. PAUL BYDER, THOMAS P. BUTLER, C. O. HUTTOE, and CITY OF MIAMI, a municipal corporation.**

21 So. (2nd) 208                                   January Term, 1945
March 9, 1945                                       Division B

*Abe Aronovitz,* for appellants.

*J. W. Watson, Jr.,* for appellees.

PER CURIAM:

Affirmed on authority of Brown v. Town of Eustis, 92 Fla. 931, 110 So. 873; Kennedy v. City of Daytona Beach, 132 Fla. 675, 182 So. 228.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.